# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 15, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151382(52)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

MAHER MOHAMMED NAWWAS,
          Defendant-Appellant.
_____/

SC: 151382
COA: 319039
Wayne CC: 13-002517-FH

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted for filing if submitted on or before December 22, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 15, 2015



Clerk